**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50137 |
| Plaintiff - Appellee, | D.C. No. 2:07-cr-00420-ABC |
| v. | |
| MICHAEL JOSEPH BORJA, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Audrey B. Collins, District Judge, Presiding

Submitted March 10, 2014**

Before: PREGERSON, LEAVY, and MURGUIA, Circuit Judges.

Michael Joseph Borja appeals from the district court's judgment and

challenges the 24-month sentence imposed upon revocation of supervised release.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Borja's counsel has filed a

brief stating that there are no grounds for relief, along with a motion to withdraw

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

as counsel of record.  We have provided Borja the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**